FILED

98 AUG 25 PM 12:22

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ENTERED

AUG 25 1998

RALPH MEADOWS,

Plaintiff,

v.

SLOSS INDUSTRIES CORPORATION,

Defendant.

CIVIL ACTION NO. 98-G-0051-S

---

JEROME GANT, JEFF CORNELIUS, and
WILLIAM SHANE BRADDOCK,

Plaintiffs,

v.

SLOSS INDUSTRIES CORPORATION and
UNITED STEEL WORKERS OF AMERICA,
ALF-CIO-CLC, LOCAL 12014,

Defendants.

CIVIL ACTION NO. 98-P-1882-S

CONSOLIDATION ORDER

This cause comes before the court on the motion of defendant Sloss Industries Corporation to consolidate the above-styled actions. Having considered the motion, the pleadings, and the applicable law, the court is of the opinion the motion should

9

be granted, the two suits involving common questions of law and fact. Accordingly, it is

ORDERED, ADJUDGED and DECREED that CV-98-G-0051-S and CV-98-P-1882-S be and they hereby are consolidated for purposes of trial, with this court retaining jurisdiction of the cases.

DONE and ORDERED this 25th day of August 1998.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.