FILED
98 DEC 18 PM 3:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ENTERED
DEC 21 1998

RALPH MEADOWS, )
)
Plaintiff, )
)
v. )
) CIVIL ACTION NO. 98-G-0051-S
SLOSS INDUSTRIES CORPORATION, )
)
Defendant. )

---

JEROME GANT, JEFF CORNELIUS, and)
WILLIAM SHANE BRADDOCK, )
)
Plaintiffs, )
)
v. ) CIVIL ACTION NO. 98-G-1882-S
)
SLOSS INDUSTRIES CORPORATION and)
UNITED STEEL WORKERS OF AMERICA,)
ALF-CIO-CLC, LOCAL 12014, )
)
Defendants. )

ORDER

This cause came before the court at it regularly scheduled motion docket of this date on the motion of plaintiff

12

Ralph Meadows to amend the complaint in 98-G-0051-S to add the Steel Workers of America, ALF-CIO-CLC, Local 12014, as a party defendant in the action. Having considered the motion, pleadings, submissions of counsel, and the applicable law, and having noted that the amendment is unopposed, it is the opinion of the court that the motion should be granted. Accordingly, it is

ORDERED, ADJUDGED and DECREED that the motion of plaintiff Ralph Meadows to amend the complaint in 98-G-0051-S to add the Steel Workers of America, ALF-CIO-CLC, Local 12014, as a party defendant in the action be and it hereby is GRANTED.

DONE and ORDERED this 18th day of December 1998.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.