FILED

00 JUN -1 PM

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Ralph Meadows, Jerome Gant, Jeff Cornelius, and William Shane Braddock, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. CV 98-G-0051-S and CV 98-G-1882-S |
| Sloss Industries Corp. and United Steelworkers of America, AFL-CIO-CLC, Local 12014, | ) | |
| Defendants. | ) | |

ENTERED
JUN 1 2000

**ORDER**

This case comes before the court on the joint motion of plaintiffs Ralph Meadows, Jerome Gant, Jeff Cornelius, and William Shane Braddock and Sloss Industries Corporation (hereafter referred to collectively as the "Settling Parties") to approve the Pro Tanto Settlement Agreement entered into by the Settling Parties, a copy of which is attached to the motion as Exhibit A, and to dismiss the plaintiffs' claims as to Sloss Industries Corporation only. Having considered the motion and having reviewed and approved of the Pro Tanto Settlement Agreement, the court is of the opinion that the motion should be granted. Accordingly, it is

ORDERED, ADJUDGED and DECREED that the claims of Ralph Meadows, Jerome Gant, Jeff Cornelius and William Shane Braddock against Sloss Industries Corporation are dismissed with prejudice, each party to bear his or its own costs. Plaintiffs' claims against



22

the United Steelworkers of America, AFL-CIO-CLC, Local 12014 are not affected by the Pro Tanto Settlement Agreement and shall remain pending.

DONE and ORDERED this 1st day of June 2000.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.